UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:17-CV-81114-ROSENBERG/HOPKINS

STEPHEN ARPAIA,

    Plaintiff,

v.

NISSAN NORTH AMERICA, INC.,

    Defendant.

_____/

## ORDER CLOSING CASE

This cause is before the Court on Plaintiff Stephen Arpaia's Notice of Voluntary Dismissal Without Prejudice at docket entry 10. In light of the fact that this case has been dismissed, it is

**ORDERED AND ADJUDGED**:

1.    The Clerk of the Court is instructed to **CLOSE THIS CASE**.

2.    All pending motions are **DENIED AS MOOT** and all deadlines are terminated.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 28th day of November, 2017.

                                                                   _____
                                                                     ROBIN L. ROSENBERG
                                                                     UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record